UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| PAIGE GIAMALVA MCCULLARS, )<br>)<br>Claimant, )<br>)<br>v. )<br>)<br>COMMISSIONER, SOCIAL SECURITY )<br>ADMINISTRATION, )<br>)<br>Respondent. ) | Case No. 4:17-cv-1840-KOB |

# **MEMORANDUM OPINION**

On May 13, 2019, the magistrate judge entered a report and recommendation and allowed the parties fourteen days in which to file objections. (Doc. 21). On May 17, 2019, the claimant filed a response entitled "Objections to Report." (Doc. 22). However, that filing has no real "objections" but simply restates the same arguments rejected by both the magistrate judge and the ALJ. The claimant block quotes sections of the magistrate judge's report and recommendation with absolutely no indication as to how his findings or recommendations are contrary to the law.

The only sentence in the seventeen pages of so-called objections that remotely resembles an objection is the statement that the magistrate judge "exceed[ed] his authority by providing a thorough Post Hac Rationalization" as to why the court should affirm the Commissioner's decision. (Doc. 22 at 13). However, the claimant simply makes that conclusory assertion with no analysis as to how the magistrate

judge actually exceeded his authority in this manner. Instead, the claimant block quotes case law that says a court cannot provide post hoc rationalizations, which in no way helps this court understand how the magistrate did so in this case. This court can find no post hoc rationalizations by the magistrate judge and finds this objection conclusory and without merit.

Notably, in her reply to the Commissioner's response to the objections, the claimant's nine-page reply again simply restates the very same thing contained in the original objections. Such a reply simply wastes this court's time and resources.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, and the claimant's objections, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the decision of the Commissioner be affirmed and OVERRULES the claimant's objections.

The court will enter a separate order in conformity with this Memorandum Opinion.

DONE and ORDERED this 5th day of September, 2019

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE